# FEDERAL PUBLIC DEFENDER
DISTRICT OF NEW JERSEY

K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER



1002 BROAD STREET • NEWARK, NEW JERSEY 07102 • (973) 645-6347

---

March 19, 2024

Hon. Michael E. Farbiarz, U.S.D.J.
United States District Court
District of New Jersey
2 Federal Square
Newark, New Jersey 07102

          RE:    Adjournment Request
                  United States v. Soauib Butcher
                  Docket No. 2:24-cr-00040-MEF

Dear Judge Farbiarz,

     We write to Your Honor to request a six-week adjournment of all matters currently scheduled in the above referenced case, including the trial date. The Government began its investigation of Soauib Butcher on January 28, 2020. Mr. Butcher was not indicted until January 17, 2024, and Counsel was appointed on January 26, 2024. Since that time, Counsel and/or investigators have conferred with Mr. Butcher on at least five occasions. Initial discovery was received on February 29, 2024, and full discovery was received on March 8, 2024.

     Aside from the two witnesses identified by the Government, we have identified at least six additional witnesses that need to be interviewed by the defense. Four years have passed since the events underlying the charges and the Government's investigation, and most of these witnesses have moved. We are in the process of trying to locate them. In addition, we have been trying to reach the attorney for one Grand Jury witness but have been unsuccessful. We hope to hear from him soon. Our client has also identified documents that could corroborate his version of events. These documents need to be requested from different facilities and agencies. Finally, the Government has provided a plea offer with a firm expiration date of March 27, 2024, as so as to prepare for the scheduled trial date of June 24, 2024. If this adjournment request is granted, we hope the Government will extend that date.

     The Defense needs more time to investigate the matter so that Mr. Butcher can make an informed decision about whether to reach a plea agreement or take this matter to trial. The

request for an adjournment has been discussed with Mr. Butcher and he agrees that the witnesses are necessary for his defense and their availability needs to be ascertained before we move forward.  The two investigators assigned to this case estimate that they need an additional six weeks to locate the witnesses, interview them, and corroborate their statements.

  Thank you for your attention to this request.  While we understand that Your Honor's scheduling order is for the benefit of our client receiving a swift resolution to this matter, we ask for additional time to ensure that the Defense is prepared to provide effective assistance.

            Respectfully submitted,

            Adalgiza A. Núñez
            Attorney for Soauib Butcher


Request granted.
The Court will issue a separate order rescheduling the trial in this matter.

3/27/24